IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| AMERICAN LIFE INSURANCE COMPANY OF NEW YORK, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07-4053-CV-C-WAK |
| JIM KARNES, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

In light of the notice of withdrawal of counsel, it is

ORDERED that Ann E. Buckley is granted leave to withdraw as counsel for plaintiff American Life Insurance Company of New York. [7]

Dated this 2nd day of May, 2007, at Jefferson City, Missouri.

William A. Knox

WILLIAM A. KNOX
United States Magistrate Judge